# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

RODNEY OCEPEK, et al.*,*

        Plaintiffs,

                                      Case No. 6:21-cv-03288-JAM

v.

ROZELL ENGINEERING CO., et al.*,*

        Defendants.

## ORDER

Upon the Notice of Voluntary Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41 and signed by Plaintiffs' counsel, seeking dismissal without prejudice (Doc. 9), and before Defendants having filed an answer or motion for summary judgment, it is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed without prejudice.

                                              /s/ *Jill A. Morris*
                                              JILL A. MORRIS
                                    UNITED STATES MAGISTRATE JUDGE